IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Superspeed Golf, LLC, an Illinois limited liability company, and Kyle Shay, an individual, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 21-cv-_____ |
| v. | )<br>) |
| The Partnerships or Unincorporated Association Identified an Amended Complaint, | )<br>)<br>) |
| Defendant. | ) |

## COMPLAINT

Plaintiffs, Superspeed Golf, LLC, an Illinois limited liability company and Kyle Shay complain of REDACTEDREDACTED stating:

**Parties, Jurisdiction, and Venue**

1. Superspeed Golf, LLC is an Illinois limited liability company. It does business in Illinois and throughout the world. Superspeed provides golf (and other sports) training products under its SUPERSPEED GOLF mark.

2. Kyle Shay is the CEO, a founder, and owner of Superspeed.

3. REDACTEDREDACTED holds itself out to be a Chinese manufacturer and seller of golf-related goods located.

4. This Court has original subject matter jurisdiction over the claims in this action under the Lanham Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331. It also has jurisdiction over the claims arising under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

5.  This Court has personal jurisdiction over the Defendant, in it conducts significant business in Illinois and in this Judicial District, and the acts and events giving rise to this lawsuit, of which each Defendant stands accused, were undertaken in Illinois and within this Judicial District.

6.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391, since each Defendant directly targets consumers in the United States, including Illinois, through the fully interactive, commercial Internet stores operating on www.alibaba.com. Defendant targets sales from Illinois residents by operating online stores that offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, has sold, and continues to sell counterfeit products that infringe Plaintiffs' trademarks and personal likeness. Each Defendant is committing tortious acts, is engaging in interstate commerce, and has wrongfully caused substantial injury in the State of Illinois.

## Facts Common to All Counts

7.  This action has been filed to combat online trademark infringement and misappropriation of Kyle Shay's identity for a commercial purpose.

8.  Superspeed has a well-established business that including its golf training apparatuses and related training. The company also engages in research and development for various sports performance products including tennis, golf, and baseball to increase their customers' performance.

9.  The idea for Superspeed Golf came in the fall of 2012 when the team behind the brand witnessed the training concept of overload/underload in baseball pitchers.

10. The baseball pitchers were using heavier and lighter baseballs to increase and have better control over their throwing velocity.

11. The Superspeed team, including Kyle Shay, immediately began research on how this concept could be applied to the golf swing.

12. This lead to the Superspeed Golf training system that included several innovations to the golfing world.

13. One of these team members was Kyle Shay, a founder of Superspeed and current C.E.O.

14. Kyle Shay was a competitive golfer through college, including playing for a NCAA Division I team.

15. Kyle Shay then became a leading fitness and rehabilitation coach with an emphasis on golf-specific conditioning in Chicago and throughout the country.

16. After two years of concept development, Superspeed was launched in the fall of 2014.

17. It has since become the number one trusted brand in golf swing speed training around the world.

18. Superspeed sells to clients in over forty countries with them reaching around 38,000 units sold in 2019 alone and reaching 100,000 units sold over their lifetime in 2020.

19. Superspeed has received significant media and industry attention.[1]

20. Many tour professionals use Superspeed's products, including well known golfers like Phil Mickelson.[2]

21. Because of this success, Superspeed has been able to grow to a staff and deals with many international partners.

---

[1] A small sample of coverage in the past few years includes *SuperSpeed Golf review: how to bomb it like Bryson in just six weeks,* Golfmagic.com (Sept. 25, 2020) available at https://www.golfmagic.com/reviews/equipment/superspeed-golf-review-how-bomb-it-bryson-just-six-weeks; Pelizzaro, J*., 293: Mike Napoleon & Kyle Shay [Superspeed Golf],* 18 Strong (July 10, 2020) available at https://18strong.com/293-superspeed-golf/; Kerr-Dineen, L, *Superspeed swing speed challenge (week 4): excuses and fake injuries,* Golf.com (Feb. 26, 2020), available at, https://golf.com/instruction/fitness/superspeed-swing-speed-challenge-week-4/; *Train your body to swing faster with SuperSpeed Golf,* Junior Golf Live (July 31, 2019) available at https://juniorgolflive.com/superspeed-golf/; Neil D., *What the worlds best are using to create "super speed" with Michael napoleon and Kyle Shay,* Me and My Golf (Feb. 12, 2019) available at https://meandmygolf.com/what-the-worlds-best-are-using-to-create-super-speed-with-michael-napoleon-and-kyle-shay-28/; Pelizzaro, J*., 189: Everything you want to know about Superspeed Golf | Mike Napoleon & Kyle Shay,* 18 Strong (Apr. 28, 2018) available at https://18strong.com/superspeed-golf/; *Patel, A.*, The Basics of Superspeed Golf, GLT Golf, available at https://www.gltgolf.com/golf-news-tips/golf-equipment/basics-superspeed-golf.html.

[2] Sherman, J., *How Phil Mickelson added club head speed (and you can too),* Practical-Golf.com, available at, https://practical-golf.com/phil-mickelson-driver-swing-speed/.

22. Others, apparently aware of Superspeed's success, chose to adopt the same business model and similar training products and protocols.

23. While competition is healthy, certain companies engage in unfair competition by infringing its trademarks or using Kyle Shay's identity

24. This action has been filed to combat trademark infringement and unfair competition who trade through creation of consumer confusion as to the source of goods and services not only damaging Superspeed monetarily, but also damaging goodwill in its brand, and damaging consumers who are confused and purchase Swing Speed products believing them to be Superspeed's.

Superspeed's Relevant Rights

25. Superspeed Golf owns a registration for the mark SUPERSPEED GOLF for Golf training equipment, namely clubs and specially adapted weight attachments as well as Golf instruction and training. The United States Patent and Trademark Office ("USPTO") issued registration number 5220806 for this trademark registration. It also owns application serial number 88299120 for Superspeed Certified (and Design) for golf instruction and training in Class B.

26. Superspeed Golf has extensive common law rights in SUPERSPEED GOLF for its products and services.

27. Superspeed has invested substantial time, money, and effort to build up consumer recognition, awareness, and goodwill in its brand and products. These include extensive advertising, interviews, and in-person demonstrations of its products and training in the United States and throughout the world.

28. Superspeed's success is also owed to interest consumers themselves have generated, so-called "word of mouth" notoriety.

29. As a result of Superspeed's efforts, consumers are aware of Superspeed's product and services, the SUPERSPEED GOLF mark, and associated them exclusively with Superspeed.

30. Superspeed Golf's marks are distinctive.

## Kyle Shay's Rights

31. Kyle Shay, a NCAA Division I golfer, a leading golf-specific rehabilitation and conditioning provider, and well-known member of the golf industry, has a protectable interest in his identity and persona under Illinois law.

32. Kyle Shay resides in Illinois.

33. REDACTED wrongful acts, *infra*, occurred in Illinois.

## REDACTED Wrongful Actions

34. REDACTED uses Superspeed's trademark and Shay's image to sell products competing with Superspeed's products.

35. REDACTED uses Kyle Shay to market its competing golf training products.

36. As shown in Exhibit 1, Kyle Shay is prominently featured in advertising REDACTED products.

37. Exhibit 1 is a true and correct screenshot of a REDACTED product listing as it resolved by entering the URL https://www.alibaba.com REDACTEDREDACTEDREDACTEDREDACTED REDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTED into a web browser on February 9, 2021.

38. Kyle Shay did not permit REDACTED to use his identity and persona to advertise products that compete with Shay's own business.

39. REDACTED uses Superspeed's SUPERSPEED GOLF to market its competing golf training products.

40. As shown in Exhibit 2, REDACTED uses the mark in the product listing on its online store.

41. Exhibit 2 is a true and correct screenshot of a REDACTED product listing as it resolved by entering the URLTaken from URL https://www.alibaba.com REDACTEDREDACTED REDACTEDREDACTED

5

REDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTED into a web browser on February 9, 2021.

42. Superspeed did not authorize REDACTED to use its SUPERSPEED GOLF mark in any fashion.

43. As shown in <u>Exhibit 1</u>, REDACTED promotes positive reviews of its products and Official looking documentation such as "Supplier Assessment Certificate" and "Test Reports."

44. REDACTED facilitates sales of its products through use of the SUPERSPEED GOLF mark and Kyle Shay's identity and persona, to appear to consumer to be authorized online retailers or wholesalers selling genuine Superspeed products.

45. Upon information and belief, REDACTED efforts are calculated manipulate search queries on Alibaba.com and conduct search engine optimization to attract consumers to REDACTED online stores and deceive consumers to believe they are selling genuine Superspeed products.

46. While REDACTED holds itself out as a Chinese manufacturer and retailer, it hides its actual location from its customers.

47. It alternatively holds itself out as located in Guangdong Province and Henan Province in its online store listings. It also references Hong Kong and REDACTED as locations and/or ports.

**Count I**
**Trademark Infringement and Counterfeiting**
**15 U.S.C. § 1114**

48. Superspeed incorporates all the allegations above as if restated here.

49. REDACTED use of SUPERSPEED GOLF in its product listing is likely to cause consumer confusion with Superspeed and its SUPERSPEED GOLF marks.

50. REDACTED use of the SUPERSPEED GOLF's mark is use "in commerce" under the Trademark Act.

51. The mark REDACTED used is identical to Superspeed's SUPERSPEED GOLF mark.

52. REDACTED is selling the same type of products as covered by Superspeed's registered SUPERSPEED GOLF mark.

53. REDACTED use of SUPERSPEED GOLF in connection with the sale or advertising of its goods or services is likely to cause confusion as to the source, sponsorship, affiliation, or approval of the goods or services.

54. Superspeed has been damaged by these infringing activities at an amount to be determined through discovery.

55. Upon information and belief, REDACTED actions were willful, knowing, and intentional.

## Count II
## Unfair Competition Under 15 U.S.C. § 1125(a)

56. Superspeed Golf incorporates all the allegations above as if restated here.

57. REDACTED use of the Swing Speed Golf brand is likely to cause confusion or mistake and cause consumers to believe that REDACTED is connected to, associated with, or affiliated with Superspeed or that REDACTED goods and services were sponsored or approved of by Superspeed.

58. Upon information and belief, REDACTED actions were willful, knowing, and intentional.

59. Superspeed has been damaged by these infringing activities in an amount to be determined through discovery.

## Count III
## Violation of the Illinois Uniform Deceptive Trade Practices Act 815 ILCS § 510, et seq.

60. Superspeed Golf incorporates all the allegations above as if restated here.

61. REDACTED has engaged in acts violating Illinois law, including, but not limited to, causing a likelihood of confusion or misunderstanding about the source of its goods offered for sale in Illinois.

62. This violates the Illinois Uniform Deceptive Trade Practices Act.

63. REDACTED conduct caused Superspeed to suffer damage to its reputation and goodwill.

64. REDACTED has obtained profits it would not have otherwise realized absent infringement of Superspeed's SUPERSPEED GOLF mark.

## Count IV
### Violation of the Illinois Right of Publicity Act v 765 ILCS 1075/1, *et seq.*

65. Kyle Shay incorporates all the allegations prior to Count I as restated here.

66. REDACTED used Kyle Shay's identity, image, and persona to offer products for sale and advertising products.

67. REDACTED use of Kyle Shay's image, identity, and persona falsely imply that he endorses REDACTED products.

68. REDACTED use of Kyle Shay's image, identity, and persona was a violation of his right of privacy.

### Request for relief

WHEREFORE, Superspeed Golf requests that this Court enter judgment against REDACTED REDACTEDREDACTED as follows:

A. Entering Judgment against REDACTEDREDACTED and for Superspeed Golf, LLC and Kyle Shay on all counts;

B. Finding REDACTEDREDACTED s activities were conducted willfully and for profit;

C. Awarding Superspeed Golf, LLC profits and the damages resulting from REDACTED REDACTED s infringing conduct;

D. Awarding Superspeed Golf, LLC profits and the damages resulting from REDACTED REDACTED s acts of unfair competition;

E. In the alternative to actual damages, awarding Superspeed Golf, LLC statutory damages for REDACTEDREDACTED s acts of counterfeiting.

F. Awarding Superspeed Golf, LLC treble, punitive, or otherwise enhanced damages, as available, for REDACTEDREDACTED s willful acts;

8

G. Finding that this case is an "exceptional case" under the Lanham Act;

H. Awarding Superspeed Golf, LLC its costs of suit and attorneys' fees to have and recover from REDACTEDREDACTED

I. Awarding Kyle Shay his actual damages, REDACTEDREDACTED s actual profits, or statutory damages of $1,000 for REDACTEDREDACTED s violation of his right of publicity.

J. Awarding Kyle Shay punitive damages for REDACTEDREDACTED willful acts;

K. Ordering REDACTED Sports Co., Ltd, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with it be temporarily, preliminarily, and permanently enjoined and restrained from:

    i. using SUPERSPEED GOLF or any reproductions, copies, or colorable imitations, or in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not an authorized Superspeed Golf, LLC product, or is not authorized by Superspeed Golf to be sold in connection with SUPERSPEED GOLF;

    ii. passing off, inducing, or enabling others to sell or pass off any product not produced under the authorization, control, or supervision of Superspeed Golf, LLC and approved by Superspeed Golf, LLC for sale under the SUPERSPEED GOLF mark;

    iii. shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not authorized by Superspeed Golf, LLC to be sold or offered for sale, and which use the SUPERSPEED GOLF mark;

    iv. further infringing Superspeed Golf, LLC's trademarks and damaging its goodwill;

    v. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, REDACTEDREDACTED s internet stores and

9

listings , its product listings, or any other domain name or online marketplace account that is being used to sell products or inventory not authorized by Superspeed Golf, LLC which use the SUPERSPEED GOLF mark;

vi. operating and/or hosting websites at the online marketplace accounts in the Complaint, and any other domain names registered to or operated by REDACTED REDACTEDREDACTED that are involved with the distribution, marketing, advertising, offering for sale, or sale of products or inventory not authorized by Superspeed Golf, LLC which use the SUPERSPEED GOLF;

vii. using Kyle Shay's image, likeness, persona, or identity in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product without his permission;

viii. shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory sold through use of Kyle Shay's image, likeness, persona, or identity, to be sold or offered for sale, without his permission;

ix. further using Kyle Shay's image, likeness, persona, and identity without his permission;

x. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, REDACTEDREDACTED s internet stores and listings , its product listings, or any other domain name or online marketplace account that is being used to sell products or inventory through the use of Kyle Shay's image, likeness, persona, or identity without his permission;

xi. operating and/or hosting websites at the online marketplace accounts in the Complaint, and any other domain names registered to or operated by REDACTED REDACTEDREDACTED that are involved with the distribution, marketing, advertising,

offering for sale, or sale of products or inventory Kyle Shay's image, likeness, persona, or identity without his permission

L. Entry of an Order that, upon Plaintiffs' request, those in privity with REDACTEDREDACTED REDACTED and those with notice of the injunction, including any online marketplaces and payment processors, such as eBay, Amazon, Wish, iOffer, and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts, and domain name registrars, shall:

   i. disable and cease providing services for any accounts through which REDACTED REDACTED engages in the sale of products not authorized by Superspeed Golf, LLC which bear its trademarks, or which use Kyle Shay's image, likeness, persona, or identity without his permission, including accounts identified in this Complaint;

   ii. disable and cease displaying any advertisements used by or associated with REDACTED REDACTEDREDACTED in connection with the sale of products not authorized by Superspeed Golf, LLC which bear its trademarks, or which use Kyle Shay's image, likeness, persona, or identity without his permission, including accounts identified in this Complaint; and,

   iii. take all steps necessary to prevent links to REDACTEDREDACTEDREDACTED online stores identified in this Complaint from displaying in search results, including, but not limited to, removing links from any search index.

M. Granting Superspeed Golf, LLC and Kyle Shay such other and further relief as justice requires.

## Jury Demand

Superspeed Golf, LLC and Kyle Shay demand a trial by jury on all triable issues under Federal Rule of Civil Procedure 38.

Respectfully submitted,
Superspeed Golf, LLC and Kyle Shay, by,

/jlap/
Jonathan LA Phillips (6302752)
Attorney at Law
4541 North Prospect Road
Suite 300A
Peoria, Illinois 61616
Tel:    (309) 598-2028
Email: jon@jlaplaw.com
Attorney for Plaintiffs